TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
YAN ZHANG
    a/k/a Sophia Zhang,
*on her own behalf and on behalf of others similarly situated*

                    Plaintiff,
                  v.
BRIGHTRAY DENTAL P.C.
    d/b/a Bright Ray Dental;
LEI HUANG
    a/k/a Raymond Huang, and
SONIA YANG
                      Defendants.
-------------------------------------------------------------x

Case No: 18-cv-04615

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff YAN ZHANG, through her undersigned counsel, hereby accept and provide notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated February 13, 2019, attached hereto as Exhibit A.

Dated: Flushing, New York
February 18, 2019

                          TROY LAW, PLLC
                          *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*

                            /s/      John Troy
                          John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
YAN ZHANG
    a/k/a Sophia Zhang,
*on her own behalf and on behalf of others similarly situated*

                  Plaintiff,
              v.
BRIGHTRAY DENTAL P.C.
    d/b/a Bright Ray Dental;
LEI HUANG
    a/k/a Raymond Huang, and
SONIA YANG
                        Defendants.
-------------------------------------------------------------x

**Case No: 18-cv-04615**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent via ECF to their Attorney of Record.

Dated: Flushing, New York
February 18, 2019

                              TROY LAW, PLLC
                              *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*

                                /s/      John Troy
                              John Troy (JT0481)