

Eckert Seamans Cherin & Mellott, LLC  
10 Bank Street  
Suite 700  
White Plains, NY 10606

TEL: 914 949 2909  
FAX: 914 949 5424

Timothy P. Coon  
Direct Dial: 914-286-6438  
tpcoon@eckertseamans.com

February 19, 2019

*Via ECF*  
Magistrate Lois Bloom  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re: Zhang v. BrightRay Dental  
       Case No.: 18-cv-04615(ENV.LB)

Dear Magistrate Bloom:

    I am pleased to inform the Court that Plaintiff has accepted the Offer of Judgment by Defendants.

    Last Friday, I wrote to the Court requesting an adjournment of the Conference scheduled for February 21st at 11:30 a.m. In that the parties have now reached a settlement, I respectfully request a cancellation of the Conference.

                              Respectfully submitted,

                              ECKERT SEAMANS CHERIN & MELLOTT, LLC

                              Timothy P. Coon (TPC-3357)

TPC/lmd  
Cc: John Troy, Esq. *Via ECF and mail*

{V0572725.1}