UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAN ZHANG, a/k/a Sophia Zhang,
*on her own behalf and on behalf of*
*others similarly situated,*

                            Plaintiff,

      -against-

BRIGHTRAY DENTAL P.C.
    d/b/a Bright Ray Dental;
LEI HUANG a/k/a Raymond Huang, and
SONIA YANG,

                          Defendants.
------------------------------------------------------------X

JUDGMENT
18-cv-4615(ENV)(LB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 21, 2019 ★
BROOKLYN OFFICE

      Defendants having offered Plaintiff Yan Zhang to take a judgment against Defendants jointly and severally, in the sum of Twenty-Five Thousand Dollars ($25,000.00) less the amount of costs including attorney fees accrued in favor of Plaintiff, with a result that the total judgment amount, including all recoverable costs and attorney fees, which the Defendants shall be obligated to pay shall be $25,000.00; it is

      ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Yan Zhang and against Defendants jointly and severally in the total sum of Twenty-Five Thousand and ($25,000.00) Dollars, including all recoverable costs and attorney fees; and that this shall be the total amount to be paid by the Defendants on account of any and all liability claimed in this action, including all costs of suit and attorney fees otherwise recoverable in the action by the Plaintiff.

Dated: Brooklyn, New York
       February 21, 2019

                                                        Douglas C. Palmer
                                                        Court of The Clerk

                                                        by:*/s/ Jalitza Poveda*
                                                          Deputy Clerk

